EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte:<br><br>Designación Miembros de la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía y la Notaría | 2018 TSPR 118<br><br>200 DPR ____ |
| --- | --- |

Número del Caso:  EJ-2018-3

Fecha: 29 de junio de 2018

Materia:  Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Designación Miembros de la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía y la Notaría

**Núm.** EJ-2018-0003

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 29 de junio de 2018.

En virtud del poder inherente del Tribunal Supremo de Puerto Rico para regular el ejercicio de la profesión de abogado y la Regla 11 de este Tribunal, todo aspirante al ejercicio de la abogacía en el Estado Libre Asociado de Puerto Rico debe aprobar un examen de reválida preparado y administrado por la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía y la Notaría.

De conformidad con el Artículo 2.2.2 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría promulgado por este Tribunal, los miembros de la Junta serán nombrados mediante Resolución de este Tribunal.

Con este propósito, se designan a las siguientes abogadas como miembros de dicho cuerpo:

Lcda. Carmen A. Pesante Martínez
Lcda. Lugui Rivera Rodríguez

Las licenciadas Pesante Martínez y Rivera Rodríguez, como miembros de la Junta Examinadora, se desempeñarán en su cargo desde el 15 de julio de 2018 hasta el 15 de julio de 2020, según lo contempla la Regla 2.3.2 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría.

Esta Resolución tendrá vigencia inmediata.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo